MICHAELIAN & KOHLBERG, INC. *v.* UNITED STATES

No. 6359.—Invoices dated Longton, England, July 22, 1941, etc.
　　　　Certified July 29, 1941, etc.
　　　　Entered at New York, N. Y., August 26, 1941, etc.
　　　　Entry No. 710754, etc.

(Decided September 19, 1946)

*Lane & Wallace* (*Thomas M. Lane* of counsel) for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

KEEFE, Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the earthenware and chinaware here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases. Insofar as the appeals relate to all other merchandise they are hereby dismissed.

Judgment will be rendered accordingly.

MEADOWS WYE & CO., INC. *v.* UNITED STATES

No. 6360.—Invoices dated Torquay, England, August 15, 1941, etc.
　　　　Certified August 20, 1941, etc.
　　　　Entered at New York, N. Y., October 20, 1941, etc.
　　　　Entry No. 720347/1, etc.

(Decided September 19, 1946)

*Lane & Wallace* and *Lane, Young & Fox* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

KEEFE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the earthenware and chinaware here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases. Insofar as the appeals relate to all other merchandise they are hereby dismissed.

Judgment will be rendered accordingly.